JUSTIN T. TOTH (Utah Bar No. 8438)
JTOTH@RQN.COM
**RAY QUINNEY & NEBEKER, P.C.**
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
TELEPHONE: 801.532.7840

TINA WOLFSON (ADMITTED PRO HAC VICE)
TWOLFSON@AHDOOTWOLFSON.COM
JEFF WESTERMAN*
JWESTERMAN@AHDOOTWOLFSON.COM
**AHDOOT AND WOLFSON, P.C.**
2600 W. OLIVE AVENUE, SUITE 500
BURBANK, CALIFORNIA 91505
TELEPHONE: 310.474.9111

ATTORNEYS FOR PLAINTIFF AND PROPOSED CLASS COUNSEL

* PRO HAC VICE APPLICATION FORTHCOMING

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| Luiz Prudencio, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br>Defendant. | **MOTION TO SEAL COMPLAINT (DKT NO. 1)**<br><br>**[CLASS ACTION]**<br><br>JURY TRIAL DEMANDED<br><br>Case No. 2:26-CV-00561<br><br>Judge Robert J. Shelby |

Pursuant to DUCivR 5.2(a)(3), Plaintiff Luiz Prudencio ("Plaintiff") respectfully files this Motion for Leave to Seal Portions of its Complaint [Dkt No. 1] to redact the full name of a Minor named in said Complaint, a redacted version is attached hereto as Exhibit A.

A proposed order is submitted herewith.

DATED this 22nd day of June, 2026.

RAY QUINNEY & NEBEKER P.C.

/s/ Justin T. Toth
Justin T. Toth
Beth J. Ranschau

*Attorneys for Plaintiff*